UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LAJUAN HARDY, | Civ. No. 18-794 (DSD/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| BUREAU OF PRISONS; FEDERAL MEDICAL CENTER; G. COOPER, Acting Warden; SARA M. REVELL, Regional Director; IAN CONNORS, Central Administrator; T. MILLER, Captain; and BENGTSON, Acting Lieutenant, et al., | |
| Defendants. | |

Plaintiff Lajuan Hardy has requested permission to file an amended complaint. *See* Doc. No. 4. Because the original complaint has not yet been served on the defendants, Hardy may submit an amended pleading once as a matter of course, with no permission of the Court required. *See* Fed. R. Civ. p. 15(a)(1)(A). Nevertheless, to make clear that Hardy may submit an amended complaint, his motion will be granted. Hardy must submit his amended complaint by no later than June 4, 2018, failing which the original complaint will be reviewed pursuant to 28 U.S.C. § 1915A.

Hardy is reminded that, pursuant to Local Rule 15.1(a), "any amended pleading must be complete in itself and must not incorporate by reference any prior pleading." Put another way, Hardy may not merely supplement his original complaint; the amended

1

complaint must include *every* factual allegation and *every* legal claim being raised against *every* defendant that Hardy intends to pursue in this litigation.

## ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Plaintiff Lajuan Hardy's motion to amend (Doc. No. 4) is GRANTED.

2. Hardy must submit his amended complaint by no later than June 4, 2018, failing which his original pleading will be reviewed pursuant to 28 U.S.C. § 1915A.

Dated: May 7, 2018

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge