# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

LAJUAN HARDY,  Civ. No. 18-794 (DSD/BRT)

Plaintiff,

v.  **ORDER**

BUREAU OF PRISONS; FEDERAL
MEDICAL CENTER, Rochester; G.
COOPER, Acting Warden; SARA M.
REVELL, Regional Director; IAN
CONNORS, Central Administrator; T.
MILLER, Captain, and BENGSTON,
Acting Lieutenant,

Defendants.

On October 12, 2018, Plaintiff filed a motion for leave to file an amended complaint. (Doc. No. 22.) Plaintiff's motion consists of a single sentence requesting leave to amend. The Court is unable to evaluate Plaintiff's request without seeing the proposed amended pleading. Under the local rules of this judicial district,

> Any motion to amend a pleading must be accompanied by: (1) a copy of the proposed amended pleading, and (2) a version of the proposed amended pleading that shows—through redlining, underlining, strikeouts, or other similarly effective typographic methods—how the proposed amended pleading differs from the operative pleadings. If the court grants the motion, the moving party must file and serve the amended pleading.

Civil LR 15.1(b).

Therefore, Plaintiff's motion for leave to amend (Doc. No. 22) is **DENIED** without prejudice. Plaintiff can renew his request, but it must be accompanied by a copy of the proposed amended pleading as required by the local rule set forth above.

Dated: October 16, 2018 

*s/ Becky R. Thorson*  
BECKY R. THORSON  
United States Magistrate Judge