# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LAJUAN HARDY, | Civ. No. 18-794 (DSD/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| BUREAU OF PRISONS; FEDERAL MEDICAL CENTER, Rochester; G. COOPER, Acting Warden; SARA M. REVELL, Regional Director; IAN CONNORS, Central Administrator; T. MILLER, Captain, and BENGSTON, Acting Lieutenant, | |
| Defendants. | |

Plaintiff moves for leave to file a second amended complaint. Plaintiff's proposed second amended complaint contains only minor changes, and the Defendants have yet to file answers in this matter. Therefore, Plaintiff's motion (Doc. No. 27) is **GRANTED**. *See* Fed. R. Civ. P. 15(a)(2) (stating that leave to amend should be freely given when justice so requires). Plaintiff is directed to file his second amended complaint within **seven days** of this Order. *See* Civil LR 15.1(b).

Dated: November 27, 2018

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge