# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| LAJUAN HARDY, | Civ. No. 18-794 (DSD/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| BUREAU OF PRISONS; FEDERAL MEDICAL CENTER, Rochester; G. COOPER, Acting Warden; SARA M. REVELL, Regional Director; IAN CONNORS, Central Administrator; T. MILLER, Captain, and BENGSTON, Acting Lieutenant, | |
| Defendants. | |

Defendants filed a Motion to Dismiss on February 15, 2019. (Doc. No. 38.) Among the submissions filed by Defendants was a Proposed Order granting the Motion to Dismiss. (Doc. No. 43.) On March 4, 2019, Plaintiff filed a motion seeking permission to appeal the "Motion to Dismiss Proposed Order." Plaintiff's motion (Doc. No. 45) is **DENIED**. The Proposed Order has not been signed or entered by the Court, and the Motion to Dismiss is currently pending.

Under the Local Rules, Plaintiff's response to the motion would be due within twenty-one days of February 15. Since it is unclear whether Plaintiff is aware of his response deadline, the Court will establish a deadline of **March 22, 2018**, for Plaintiff to file his response. Defendants' reply is due within fourteen days of service of Plaintiff's response.

Dated: March 5, 2019.       *s/ Becky R. Thorson*
                            BECKY R. THORSON
                            United States Magistrate Judge