UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 18-794(DSD/BRT)

Lajuan Hardy,

       Plaintiff,

v.

Bureau of Prisons; Federal Medical Center; G. Cooper, Acting Warden; G. Cooper, Associate Warden of Programs; Sara M. Revell, Regional Director; Ian Connors, Central Administrator; T. Miller, Captain; Bengston, Acting Lieutenant, et al.; Alcoser, Supervisory Chaplain,

       Defendants.

**ORDER**

This matter is before the court upon the report and recommendation of United States Magistrate Judge Becky R. Thorson dated June 10, 2019 (R&R). No objections to the R&R have been filed in the time period permitted. Based on the R&R and the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The motion to dismiss [ECF No. 38] is granted; and
2. This action is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: July 15, 2019

s/David S. Doty_____
David S. Doty, Judge
United States District Court